JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823 ), mjh@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL A. GOLD (Bar No. 90667), mgold@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant WITNESS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ACTUATE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>Defendant. | CASE NO. C 06 3794 MJJ<br><br>**STIPULATION OF PARTIES TO CONTINUE DATES TO AMEND COMPLAINT AND FOR RESPONSE TO COMPLAINT; DECLARATION OF STEVEN H. FRANKEL; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1, Plaintiff Actuate Corporation ("Actuate") and Defendant Witness Systems, Inc. ("Witness"), by and through their respective counsel of record, hereby stipulate as follows.

## RECITALS

WHEREAS, this action was originally filed in the Superior Court of California, County of San Francisco;

WHEREAS, Witness timely removed this case from the Superior Court to this Court on Friday, June 16, 2006;

1         WHEREAS, Actuate does not oppose or contest the removal of this action to this Court;

3         WHEREAS, pursuant to Federal Rules of Civil Procedure 81(c) and 6(a), the deadline for Witness to respond to Actuate's Complaint is currently Friday, June 23, 2006;

5         WHEREAS, in light of the removal of this case to Federal Court, Actuate desires to amend its Complaint to recast its claims under the Copyright Act;

7         WHEREAS, counsel for Actuate is currently in trial;

8         WHEREAS, the parties do not wish to waste each other's time and resources or the time and resources of the Court responding to the initial Complaint in view of Actuate's intent to amend that Complaint;

11         WHEREAS, the parties have agreed to allow Actuate until July 24, 2006 to file and serve its First Amended Complaint;

13         WHEREAS, the parties have further agreed to allow Witness 20 days after service of the First Amended Complaint to respond;

15         WHEREAS, the parties have further agreed that neither party will initiate any discovery until after Witness has filed its response to the First Amended Complaint, but will participate in a conference of counsel pursuant to Federal Rule of Civil Procedure 26(f) as soon as practical after Witness has filed its response to the First Amended Complaint;

19         WHEREAS, this agreement will not affect or delay any of the events or deadlines fixed by the Court in its June 16, 2006 Order Setting Initial Case Management Conference, or any other dates or deadlines fixed by the Court in this action.

### **STIPULATION**

Actuate and Witness hereby stipulate to the following:

1. That Witness shall not be required to file a response to the initial Complaint;

2. That Actuate shall have until July 24, 2006 to file and serve a First Amended Complaint in this action, re-casting its claims under the Copyright Act;

3. That the deadline for Witness to respond to the First Amended Complaint shall be 20 days after service of the First Amended Complaint, as that time is calculated pursuant to Federal Rule of Civil Procedure 6;

4. That in the event that Actuate does not file a First Amended Complaint by July 24, 2006, Witness shall have 20 days from July 24, 2006 to respond to the initial Complaint instead, as that time is calculated pursuant to Federal Rule of Civil Procedure 6;

5. That no party shall initiate any discovery until Witness has filed a response to the initial Complaint or the First Amended Complaint or the deadline for Witness to file such a response has passed.

DATED: June 22, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL A. GOLD
MICHAEL J. HASSEN

By: _____
MICHAEL A. GOLD

Attorneys for Defendant WITNESS SYSTEMS, INC.

DATED: June 22, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP
STEVEN H. FRANKEL
AENGUS H. CARR

By: _____
STEVEN H. FRANKEL

Attorneys for Plaintiff ACTUATE CORPORATION

## DECLARATION OF STEVEN H. FRANKEL

I, Steven H. Frankel, declare as follows:

1. I am counsel of record for plaintiff Actuate Corporation ("Actuate") in this matter. I have personal knowledge of the facts set forth herein, and if called as a witness could and would testify truthfully and competently thereto.

2. In light of the removal of this case to Federal Court, Actuate desires to amend its Complaint to recast its claims under the Copyright Act.

3. However, I am currently in trial.

4. I am lead trial counsel for Actuate in this matter, and was principally responsible for drafting the initial Complaint. I will also be principally responsible for drafting a First Amended Complaint. It would be extremely difficult and expensive to bring another attorney in my firm up to speed on the relevant facts sufficient to draft a First Amended Complaint.

5. No prior modifications of time have been made in this case, either by stipulation of the parties or by Court order.

6. The modifications requested by the parties in this stipulation and [proposed] order will not affect or delay any of the events or deadlines fixed by the Court in its June 16, 2006 Order Setting Initial Case Management Conference, or any other dates or deadlines fixed by the Court in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2006 at San Francisco, California

*/s/ Steven H. Frankel*
STEVEN H. FRANKEL

**[PROPOSED] ORDER**

Upon the foregoing stipulation of the parties, good cause being shown therefore, the Court hereby orders as follows:

1. Witness shall not be required to file a response to the initial Complaint;

2. Actuate shall have until July 24, 2006 to file and serve a First Amended Complaint in this action, re-casting its claims under the Copyright Act;

3. The deadline for Witness to respond to the First Amended Complaint shall be 20 days after service of the First Amended Complaint, as that time is calculated pursuant to Federal Rule of Civil Procedure 6;

4. In the event that Actuate does not file a First Amended Complaint by July 24, 2006, Witness shall have 20 days from July 24, 2006 to respond to the initial Complaint instead, as that time is calculated pursuant to Federal Rule of Civil Procedure 6;

5. No party shall initiate any discovery until Witness has filed a response to the initial Complaint or the First Amended Complaint or the deadline for Witness to file such a response has passed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/28/2006

_____
The Honorable Martin J. Jenkins
United States District Judge