ANNETTE L. HURST (BAR NO. 148738)
Annette.Hurst@HellerEhrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Tel.: (415) 772-6000
Fax: (415) 772-6268

Attorneys for Plaintiff
ACTUATE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ACTUATE CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>WITNESS SYSTEMS, INC.<br><br>                    Defendant. | Case No.: C 06 3794 MJJ<br><br>**SUBSTITUTION OF COUNSEL**<br>AND ORDER |

1

PLAINTIFF'S SUBSTITUTION OF COUNSEL
CASE NO.: C 06 3794 MJJ

1. TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2. PLEASE TAKE NOTICE that Plaintiff Actuate Corporation hereby substitutes as its counsel of record in the above-captioned action Heller Ehrman LLP, 333 Bush Street, San Francisco, California 94104, telephone (415) 772-6000, for Sonnenschein Nath & Rosenthal, 525 Market Street, 26th Floor, San Francisco, CA 94105-2708, telephone (415) 882-5000.

I direct the above-described substitution.

DATED: 7/21, 2006       ACTUATE CORPORATION

By _____
Thomas McKeever
General Counsel & Vice-President Corporate Development

I consent to the above-described substitution.

DATED: _____, 2006       SONNENSCHEIN NATH & ROSENTHAL

By _____
Steven H. Frankel

I accept the above-described substitution.

DATED: _____, 2006       HELLER EHRMAN LLP

By _____
Annette L. Hurst

2
PLAINTIFF'S SUBSTITUTION OF COUNSEL
CASE NO.: C 06 3794 MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff Actuate Corporation hereby substitutes as its
3  counsel of record in the above-captioned action Heller Ehrman LLP, 333 Bush Street, San
4  Francisco, California 94104, telephone (415) 772-6000, for Sonnenschein Nath &
5  Rosenthal, 525 Market Street, 26th Floor, San Francisco, CA 94105-2708, telephone (415)
6  882-5000.

7
8  I direct the above-described substitution.

9  DATED: _____, 2006      ACTUATE CORPORATION

10
11  By_____
        Thomas McKeever
12      General Counsel & Vice-President Corporate
        Development
13
14
15
16  I consent to the above-described substitution.

17  DATED: July 21, 2006      SONNENSCHEIN NATH & ROSENTHAL LLP
18
19  By _____
20      Steven H. Frankel

21  I accept the above-described substitution.
22
23  DATED: _____, 2006      HELLER EHRMAN LLP
24
25  By _____
        Annette L. Hurst
26
27
28

2
PLAINTIFF'S SUBSTITUTION OF COUNSEL
CASE NO.: C 06 3794 MJJ

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Actuate Corporation hereby substitutes as its counsel of record in the above-captioned action Heller Ehrman LLP, 333 Bush Street, San Francisco, California 94104, telephone (415) 772-6000, for Sonnenschein Nath & Rosenthal, 525 Market Street, 26th Floor, San Francisco, CA 94105-2708, telephone (415) 882-5000.

I direct the above-described substitution.

DATED: _____, 2006    ACTUATE CORPORATION

By_____
Thomas McKeever
General Counsel & Vice-President Corporate Development

I consent to the above-described substitution.

DATED: _____, 2006    SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Steven H. Frankel

I accept the above-described substitution.

DATED: July 21, 2006    HELLER EHRMAN LLP

By *Annette L. Hurst*
Annette L. Hurst

8/3/2006

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*

2

PLAINTIFF'S SUBSTITUTION OF COUNSEL
CASE NO.: C 06 3794 MJJ