ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiff
ACTUATE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WITNESS SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: C-06-3794 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES ON DEFENDANT'S MOTION TO STRIKE AND TO CONSOLIDATE HEARING ON MOTION TO STRIKE WITH CASE MANAGEMENT CONFERENCE** |

　　　　WHEREAS, on August 14, 2006 Defendant filed a Motion to Strike noticed for hearing on September 26, 2006; and

　　　　WHEREAS, the initial Case Management Conference is set for September 19, 2006; and

　　　　WHEREAS, Defendant's trial counsel are located in Atlanta and Los Angeles, and intend to appear for both matters; and

　　　　WHEREAS, Plaintiff's lead counsel with knowledge of this matter, Ms. Annette Hurst, is unavailable for a significant portion of the period when the opposition to the Motion to Strike is to be prepared and filed because of a long-planned family vacation;

1

STIPULATION AND [PROPOSED] ORDER RE MOT. TO STRIKE AND CMC
CASE NO.: C-06-3794 MJJ

WHEREAS, the parties have courteously agreed to accommodate one another's schedules and to propose consolidation of the two upcoming appearances in the interests of economy for the parties and the Court; and

WHEREAS, the Court's standing order regarding the continuance of hearing dates would require the current briefing schedule to remain intact rather than be continued along with the hearing date on the Motion to Strike; and

WHEREAS, the parties have met and conferred and agreed upon a new briefing, hearing and case management conference schedule;

NOW THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant, through their counsel of record, and the parties hereby request that the Court order as follows:

1. Plaintiff's Motion to Strike is continued for hearing to ~~October 3, 2006~~ October 24, 2006;

2. The initial Case Management Conference is continued from September 19, 2006 to ~~October 3, 2006, to be held at the same time as the hearing on Plaintiff's Motion to Strike~~ November 21, 2006 at 2pm;

3. Defendant's opposition to Plaintiff's Motion to Strike shall be due on or before September 12, 2006; and

4. Any reply by Plaintiff to Defendant's opposition to the motion to strike shall be due on or before September 19, 2006; and

5. The Joint Case Management Conference Statement shall be submitted by the parties on or before ~~September 26, 2006~~ November 13, 2006.

DATED: August 24, 2006            Respectfully submitted,

HELLER EHRMAN LLP


By /s/_____
   ANNETTE L. HURST
   Attorneys for Plaintiff
   ACTUATE CORPORATION

2

STIPULATION AND [PROPOSED] ORDER RE MOT. TO STRIKE AND CMC
CASE NO.: C-06-3794 MJJ

DATED: August ___, 2006          JEFFER, MANGELS, BUTLER & MARMARO LLP


By /s/_____
    MICHAEL A. GOLD
    Attorneys for Defendant
    WITNESS SYSTEMS, INC.


IT IS SO ORDERED.


DATED: __9/7/2006_____      _____
                                      The Honorable Martin J. Jenkins
                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER RE MOT. TO STRIKE AND CMC
CASE NO.: C-06-3794 MJJ

Heller Ehrman LLP