ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiff
ACTUATE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> WITNESS SYSTEMS INC., <br><br> Defendant. | Case No.: C-06-3794 MJJ <br><br> **STIPULATION DISMISSING CLAIMS WITH PREJUDICE** <br> and ORDER |

The parties to the above-captioned action hereby stipulate and agree that this action and all claims that have been raised in this action are hereby dismissed with prejudice. The parties further agree that each shall bear its own costs and expenses in this action, including attorneys' fees.

DATED: October 12, 2006     HELLER EHRMAN LLP


By /s/Annette L. Hurst
ANNETTE HURST

Attorneys for Plaintiff
ACTUATE CORPORATION

DATED: October 12, 2006     JEFFER, MANGELS, BUTLER & MARMARO LLP


By /s/Michael A. Gold
MICHAEL A. GOLD

Attorneys for Defendant
WITNESS SYSTEMS, INC.



2

STIPULATION DISMISSING CLAIMS WITH PREJUDICE
CASE NO.: C-06-3794 MJJ